# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Perry Chiropractic & Therapy Center of Canton, LLC | ) ) ) | CASE NO.:  5:15CV02273 |
| Plaintiff, | ) ) | JUDGE JOHN ADAMS |
| v. | ) ) | **ORDER** |
| AZ Comp Technologies, Inc., et al., | ) ) | |
| Defendants. | ) | |

On December 16, 2015, the parties appeared telephonically before this Court for a status conference. During this time, the parties informed the Court that they had reached a settlement agreement on all claims. Therefore, the docket will now be marked "settled and dismissed without prejudice." The parties may submit within thirty (30) days of this order a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary. If approved, the proposed entry shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.

Dated:  December 18, 2015  　　　　　　　　　　　　/s/ Judge John R. Adams
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE JOHN R. ADAMS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT