IT IS SO ORDERED.
/s/ John R. Adams
U.S. District Judge
01/12/2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PERRY CHIROPRACTIC & THERAPY CENTER OF CANTON, LLC<br><br>        Plaintiff,<br><br>v.<br><br>AZCOMP TECHNOLOGIES, INC., et al.<br><br>        Defendants. | Case No. 5:15-cv-02273-JRA<br><br>Hon. Judge R. Adams<br>Magistrate Judge Kathleen B. Burke<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties to this case, Plaintiff Perry Chiropractic & Therapy Center of Canton, LLC and Defendant AZComp Technologies, Inc., have reached a settlement of Plaintiff's claims against Defendant. In light of the foregoing and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate and agree that all claims asserted in this matter are hereby released by Plaintiff and shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs incurred herein. The parties met and settled this case outside of the presence of counsel and without counsel. Counsel was not aware of the settlement until after it occurred. Counsel had no input or involvement in the direct negotiations between the parties that culminated in the settlement, but accept the settlement and agree that this matter may be dismissed.

//